IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ERNEST LEE GATLING,**
    **Plaintiff,**

vs.                                                 Case No. 3:10cv172/MCR/MD

**WALTER A. MCNEIL,**
    **Defendant.**
_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on July 22, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's motion for summary judgment (doc. 24) is DENIED.

DONE AND ORDERED this 9th day of September, 2010.

                                                                      *s/ M. Casey Rodgers*
                                                                     **M. CASEY RODGERS**
                                                                     **UNITED STATES DISTRICT JUDGE**