IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERNEST LEE GATLING,

    Plaintiff,

vs.                                     Case No.   3:10cv172/MCR/CJK

WALTER A. MCNEIL, Secretary,
Florida Department of Corrections,

    Defendant.
_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on June 6, 2011, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This action is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and the clerk is directed to close the file.

**DONE AND ORDERED** this 24th day of June, 2011.

                                                                  s/ *M. Casey Rodgers*
                                                                   **M. CASEY RODGERS**
                                                                   **CHIEF UNITED STATES DISTRICT JUDGE**